Special Term. [Reported in 116 Misc. Rep. 571.] Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

WALTER PETERS, Respondent, v. SOLOMON WEBER and MORRIS WEBER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD DOWNS, Appellant.— Judgment of conviction by the County Court of Suffolk county affirmed. No opinion. Kelly, Manning and Young, JJ., concur; Blackmar, P. J., and Kelby, J., dissent on the ground that there was no sufficient supporting evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HUNTER, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Jaycox, Kelby and Young, JJ., concur; Blackmar, P. J., and Manning, J., vote to reverse upon the ground that the guilt of the defendant was not established beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GAETANO PARELLA, Appellant.— Judgment of conviction affirmed, under section 542 of the Code of Criminal Procedure, notwithstanding the remarks of the court upon intent to kill, the failure to fully charge on the subject of drunkenness and the charge as to the inference that may be drawn from the flight of the accused. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILSON VERITY, SR., and GILSON VERITY, JR., Appellants.— Judgment of conviction by the County Court of Nassau county affirmed. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

SIDNEY SCHWARTZ, Respondent, v. GARIBALDI A. VEDOVI and Others, Copartners, etc., Appellants. (Appeal No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

SIDNEY SCHWARTZ, Respondent, v. GARIBALDI A. VEDOVI and Others, Copartners, etc., Appellants. (Appeal No. 2.) — Order denying motion for new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

EUGENE H. SPUHLER, by FREDERICK SPUHLER, His Guardian ad Litem, Respondent, v. DAVID H. DUGAN and EDWARD J. DUGAN, Copartners, etc., Appellants.— Judgment and order reversed on the law and facts, and complaint unanimously dismissed, with costs. According to the testimony of the plaintiff himself he was guilty of contributory negligence, and the finding of the jury as to the negligence of defendants is against the weight of evidence. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

WALTER N. STAPLETON, Respondent, v. UNIVERSAL TRANSPORTATION COMPANY, INC., Appellant.— Order for examination before trial modified by limiting examination to the subjects numbered 1, 2, 3, 4 and 6, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

JOHN STONKUS, Respondent, v. WILLIAM A. JAMESON and Others, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.